918

No. 87–1738. CREATIVE BATH PRODUCTS, INC., ET AL. *v.* CONNECTICUT GENERAL LIFE INSURANCE CO. ET AL. C. A. 2d Cir. Certiorari denied.

No. 87–1854. CORY *v.* STANDARD FEDERAL SAVINGS & LOAN ASSN. ET AL. C. A. 4th Cir. Certiorari denied.

No. 88–458. SK HAND TOOL CORP. ET AL. *v.* DRESSER INDUSTRIES, INC. C. A. 7th Cir. Certiorari denied.

No. 88–625. METROMEDIA, INC., ET AL. *v.* APRIL ENTERPRISES, INC. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–903. AMERICANA HOTELS, INC., ET AL. *v.* PARNAR. Sup. Ct. Haw. Certiorari denied.

No. 88–1327. DELGADO ET AL. *v.* SMITH, SECRETARY OF STATE OF FLORIDA, ET AL. C. A. 11th Cir. Certiorari denied.

No. 88–1518. ABELL ET AL. *v.* WRIGHT, LINDSEY & JENNINGS ET AL. C. A. 5th Cir. Certiorari denied.

No. 88–1547. CALIFORNIA *v.* BAERT. Ct. App. Cal., 2d App. Dist. Certiorari denied.

No. 88–1611. GAHAGAN *v.* UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 88–1623. DELIERE *v.* UNITED STATES;
No. 88–6952. DOHERTY *v.* UNITED STATES;
No. 88–6953. BARNER *v.* UNITED STATES; and
No. 88–7249. SALERNO *v.* UNITED STATES. C. A. 1st Cir. Certiorari denied. Reported below: 867 F. 2d 47.

No. 88–1660. MARINO *v.* UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 88–1701. WILSON ET AL. *v.* UNITED STATES ET AL. C. A. 5th Cir. Certiorari denied.